IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Nirmala Moonsawmy, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>JWS Acquisitions, LLC,<br><br>      Defendant, | CIVIL ACTION NO.<br>1:23-CV-04198-LMM |

### NOTICE OF COUNSEL CHANGE OF FIRM AND ADDRESS

COMES NOW, Defendant's counsel, Brian S. Goldberg, formerly of the law firm Freeman Mathis & Gary, LLP and now of the law firm Buchalter A P.C., and files this Notice of Change of Firm and Contact Information. Please direct all future correspondence, pleadings, and other notices to:

Brian S. Goldberg
Buchalter A P.C.
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7667
bgoldberg@buchalter.com

Respectfully submitted this 1st day of April, 2025.

**BUCHALTER A P.C.**

*/s/ Brian S. Goldberg*
Brian S. Goldberg

Georgia Bar No. 128007
3475 Piedmont Road NE, Ste. 1100
Atlanta, Georgia 30305
Telephone:  (404) 832-7667
bgoldberg@buchalter.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing NOTICE OF COUNSEL CHANGE OF FIRM AND CONTACT INFORMATION to the Clerk of Court using the Court's e-filing system which will serve electronic mail notification upon all parties of record.

Rachel Berlin Benjamin
Beal Sutherland Berlin & Brown LLC
2200 Century Parkway NE
Suite 100
Atlanta, GA 30345
404-688-2700
rachel@beal.law

*Attorney for Plaintiff*

This 1st day of April, 2025.

/s/ *Brian S. Goldberg*
Brian S. Goldberg
bgoldberg@buchalter.com

*Attorney for Plaintiff*